# Court of Appeals

## Tenth Appellate District of Texas

10-25-00252-CR

Stephen Dewayne Watkins,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
19th District Court of McLennan County, Texas
Judge Thomas C. West, presiding
Trial Court Cause No. 2019-1041-C1

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant appealed from the trial court's denial of his "Notice of Malfeasance." By letter from the Clerk of this Court dated August 19, 2025, Appellant was notified that there did not appear to be an appealable order and instructed him to file a response to demonstrate jurisdiction. Watkins filed a response, but the response does not show grounds to show that this Court has jurisdiction in this appeal. Our review of the clerk's record and supplemental

clerk's record filed in this appeal does not show an appealable order over which this Court has jurisdiction.

We therefore dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f).

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED: October 16, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
Do not publish
CRPM

